**Order entered November 26, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00588-CV

**TRANSCONTINENTAL REALTY INVESTORS, INC., Appellant**

**V.**

**ORIX CAPITAL MARKETS LLC, ET AL., Appellees**

**On Appeal from the 134th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 11-15428**

## ORDER

We **GRANT** appellant's November 14, 2014 motion for an extension of time to file a reply brief. Appellant shall file its reply brief by Monday**, DECEMBER 15, 2014**.

/s/     ELIZABETH LANG-MIERS
           JUSTICE